**Vincent BARR, Plaintiff–Appellant,**

v.

**WILLIAMSBURG COUNTY SHERIFF'S DEPARTMENT; Kelvin Washington, Sheriff; G.F. Pressley, Jail Administrator; David Brayboy, Chief Security; FNU McCray, Lieutenant; Samantha Doe, Shift Sergeant; John Doe, Violating Officer, Defendants–Appellees.**

No. 03–6117.

United States Court of Appeals,
Fourth Circuit.

Submitted March 6, 2003.

Decided March 17, 2003.

Vincent Barr, Appellant Pro Se. Charles John Hupfer, Jr., Willcox, Buyck &

Williams, P.A., Florence, South Carolina, for Appellees.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Vincent Barr appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Barr v. Williamsburg County Sheriff's Dep't*, No. CA–02–167 (D.S.C. filed Dec. 27, 2002; entered Jan. 2, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*